# United States Court of Appeals
## For the First Circuit

No. 14-1789

BAIS YAAKOV OF SPRING VALLEY,

Plaintiff, Appellee,

v.

ACT, INC.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 21, 2015, is amended as follows:

On page 10, line 7, the citation <u>Lewis</u> v. <u>Contintental Bank Corp.</u> is replaced with <u>Lewis</u> v. <u>Continental Bank Corp.</u>

On page 19, line 11, the phrase "position of the merits" is replaced with "position on the merits"